UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALINEA CLO, LTD., ANNISA CLO, LTD., BARDOT CLO, LTD., CARBONE CLO, LTD., INVESCO CLO 2021-1, LTD., INVESCO CLO 2021-2, LTD., INVESCO CLO 2021-3, LTD., INVESCO CLO 2022-1, LTD., INVESCO CLO 2022-2, LTD., INVESCO CLO 2022-3, LTD., INVESCO U.S. CLO 2023-1, LTD., INVESCO U.S. CLO 2023-2, LTD., INVESCO U.S. CLO 2024-1, LTD., DIVERSIFIED CREDIT PORTFOLIO LTD., INVESCO FLOATING RATE ESG FUND, MILOS CLO, LTD., HARBOURVIEW CLO VII-R LTD., INVESCO PEAK NINE, LP, RECETTE CLO, LTD., RISERVA CLO, LTD., INVESCO SAKURA US SENIOR SECURED FUND, INVESCO SENIOR FLOATING RATE FUND, INVESCO SENIOR INCOME TRUST, INVESCO SENIOR LOAN FUND, INVESCO SSL FUND LLC, INVESCO TETON FUND LLC, UPLAND CLO, LTD. VERDE CLO, LTD. INVESCO ZODIAC FUNDS – INVESCO EUROPEAN SENIOR LOAN FUND, INVESCO ZODIAC FUNDS – INVESCO US SENIOR LOAN FUND, ARTISAN HIGH INCOME FUND, ARTISAN FLOATING RATE FUND, ARTISAN CREDIT OPPORTUNITIES MASTER FUND LP, ELMWOOD CLO I LTD., ELMWOOD CLO II, LTD., ELMWOOD CLO III, LTD., ELMWOOD CLO IV, LTD., ELMWOOD CLO V LTD., ELMWOOD CLO VI LTD., ELMWOOD CLO VII LTD., ELMWOOD CLO VIII LTD., ELMWOOD CLO IX LTD., ELMWOOD CLO X, LTD., ELMWOOD CLO XI, LTD., ELMWOOD CLO XII, LTD., ELMWOOD CLO 14 LTD., ELMWOOD CLO 15 LTD., ELMWOOD CLO 16 LTD., ELMWOOD CLO 17 LTD., ELMWOOD CLO 18 LTD., ELMWOOD CLO 19 LTD., ELMWOOD CLO 20 LTD., ELMWOOD CLO 21 LTD., ELMWOOD CLO 29 LTD., ELMWOOD CLO 33 LTD., ELMWOOD CLO 36 LTD., PALMER SQUARE BDC FUNDING I LLC, PALMER SQUARE CLO 2014-1, LTD., PALMER SQUARE CLO 2015-1, LTD., PALMER SQUARE CLO 2015-2, LTD., PALMER SQUARE CLO 2018-1 LTD., PALMER | CASE NO: 1:25-cv-09032<br><br>**STIPULATION REGARDING FILING OF AMENDED COMPLAINT, SERVICE, AND TIME TO RESPOND**<br><br>USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:_____<br>DATE FILED: 11/6/2025 |

SQUARE CLO 2018-2, LTD., PALMER SQUARE CLO 2018-3, LTD., PALMER SQUARE CLO 2019-1, LTD., PALMER SQUARE CLO 2020-3, LTD., PALMER SQUARE CLO 2021-1, LTD., PALMER SQUARE CLO 2021-2, LTD., PALMER SQUARE CLO 2021-4, LTD., PALMER SQUARE CREDIT FUNDING 2019-1, LTD., PALMER SQUARE FLOATING RATE FUND LLC, CERBERUS CORPORATE CREDIT FUND LP, CERBERUS N-1 FUNDING LLC, CERBERUS ASRS FUNDING LLC, CERBERUS SWC LEVERED HOLDINGS II LP, CERBERUS REDWOOD LEVERED LOAN OPPORTUNITIES FUND A, L.P., CERBERUS REDWOOD LEVERED B LLC, CERBERUS ND CREDIT HOLDINGS LLC, CERBERUS CAVALIERS LEVERED LOAN OPPORTUNITIES FUND, LLC, CERBERUS KRS LEVERED LLC, CERBERUS STEPSTONE CREDIT HOLDINGS LLC, RELIANCE STANDARD LIFE INSURANCE COMPANY, CERBERUS OFFSHORE UNLEVERED LOAN OPPORTUNITIES MASTER FUND IV, L.P., CERBERUS LEVERED IV HOLDINGS LLC, CERBERUS OFFSHORE LEVERED IV LLC, CERBERUS AOZ LOAN OPPORTUNITIES FUND, L.P., CERBERUS 2112 LEVERED LLC, CERBERUS RR LEVERED LLC, CINNABAR 2021 DIRECT LENDING LIMITED, CERBERUS LOAN FUNDING XXXVII, L.P., CERBERUS C-1 LEVERED II LLC, CERBERUS LOAN FUNDING XXXVIII L.P., CERBERUS REDWOOD LEVERED B II LLC, CERBERUS LOAN FUNDING XXXIX L.P., CERBERUS LOAN FUNDING XL, LLC, CERBERUS LOAN FUNDING XLI, LLC, VENTURE XV CLO, LIMITED, VENTURE XIX CLO, LIMITED, VENTURE XXII CLO, LIMITED, VENTURE XXIII CLO, LTD., VENTURE XXVI CLO, LTD., VENTURE XXVII CLO, LTD., VENTURE XXIX CLO, LTD., VENTURE XXVIII CLO, LTD., VENTURE 28A CLO, LTD., VENTURE XXX CLO, LTD., VENTURE 31 CLO, LTD., VENTURE 33 CLO, LTD., VENTURE 32 CLO, LTD., VENTURE 35 CLO, LTD., VENTURE 34 CLO, LTD., VENTURE 36 CLO, LTD., VENTURE 37 CLO, LTD., VENTURE 38 CLO,

|  |
|---|
| LTD., VENTURE 41 CLO, LTD., VENTURE 42 CLO, LTD., VENTURE 43 CLO, LTD., VENTURE 44 CLO, LTD., VENTURE 45 CLO, LTD., and VENTURE 46 CLO, LTD., <br><br>*Plaintiffs*, <br><br>v. <br><br>ORCHID MERGER SUB II, LLC, S1 MEDIA LLC, S1 HOLDCO, LLC, and SONIC NEWCO, LLC, <br><br>*Defendants*. |

WHEREAS, on September 30, 2023 Plaintiffs Alinea CLO, Ltd., Annisa CLO, Ltd., Bardot CLO, Ltd., Carbone CLO, Ltd., Invesco CLO 2021-1, Ltd., Invesco CLO 2021-2, Ltd., Invesco CLO 2021-3, Ltd., Invesco CLO 2022-1, Ltd., Invesco CLO 2022-2, Ltd., Invesco CLO 2022-3, Ltd., Invesco U.S. CLO 2023-1, Ltd., Invesco U.S. CLO 2023-2, Ltd., Invesco U.S. CLO 2024-1, Ltd., Diversified Credit Portfolio Ltd., Invesco Floating Rate ESG Fund, Milos CLO, Ltd., Harbourview Clo VII-R Ltd., Invesco Peak Nine, LP, Recette CLO, Ltd., Riserva CLO, Ltd., Invesco Sakura US Senior Secured Fund, Invesco Senior Floating Rate Fund, Invesco Senior Income Trust, Invesco Senior Loan Fund, Invesco SSL Fund LLC, Invesco Teton Fund LLC, Upland CLO, Ltd., Verde CLO, Ltd., Invesco Zodiac Funds – Invesco European Senior Loan Fund, and Invesco Zodiac Funds – Invesco US Senior Loan Fund (collectively, the "Invesco Lenders"); Artisan High Income Fund, Artisan Floating Rate Fund, and Artisan Credit Opportunities Master Fund LP (collectively, the "Artisan Lenders"); Elmwood CLO I Ltd., Elmwood CLO II, Ltd., Elmwood CLO III, Ltd., Elmwood CLO IV, Ltd., Elmwood CLO V Ltd., Elmwood CLO VI Ltd., Elmwood CLO VII Ltd., Elmwood CLO VIII Ltd., Elmwood CLO IX Ltd., Elmwood CLO X, Ltd., Elmwood CLO XI, Ltd., Elmwood CLO XII, Ltd., Elmwood CLO 14 Ltd., Elmwood CLO 15 Ltd., Elmwood CLO 16 Ltd., Elmwood CLO 17 Ltd., Elmwood CLO

18 Ltd., Elmwood CLO 19 Ltd., Elmwood CLO 20 Ltd., Elmwood CLO 21 Ltd., Elmwood CLO 29 Ltd., Elmwood CLO 33 Ltd., and Elmwood CLO 36 Ltd. (collectively, the "Elmwood Lenders"); Palmer Square BDC Funding I LLC, Palmer Square CLO 2014-1, Ltd., Palmer Square CLO 2015-1, Ltd., Palmer Square CLO 2015-2, Ltd., Palmer Square CLO 2018-1 Ltd., Palmer Square CLO 2018-2, Ltd., Palmer Square CLO 2018-3, Ltd., Palmer Square CLO 2019-1, Ltd., Palmer Square CLO 2020-3, Ltd., Palmer Square CLO 2021-1, Ltd., Palmer Square CLO 2021-2, Ltd., Palmer Square CLO 2021-4, Ltd., Palmer Square Credit Funding 2019-1, Ltd., and Palmer Square Floating Rate Fund LLC (collectively, the "Palmer Square Lenders"); Cerberus Corporate Credit Fund LP, Cerberus N-1 Funding LLC, Cerberus ASRS Funding LLC, Cerberus SWC Levered Holdings II LP, Cerberus Redwood Levered Loan Opportunities Fund A, L.P., Cerberus Redwood Levered B LLC, Cerberus ND Credit Holdings LLC, Cerberus Cavaliers Levered Loan Opportunities Fund, LLC, Cerberus KRS Levered LLC, Cerberus StepStone Credit Holdings LLC, Reliance Standard Life Insurance Company, Cerberus Offshore Unlevered Loan Opportunities Master Fund IV, L.P., Cerberus Levered IV Holdings LLC, Cerberus Offshore Levered IV LLC, Cerberus AOZ Loan Opportunities Fund, L.P., Cerberus 2112 Levered LLC, Cerberus RR Levered LLC, Cinnabar 2021 Direct Lending Limited, Cerberus Loan Funding XXXVII, L.P., Cerberus C-1 Levered II LLC, Cerberus Loan Funding XXXVIII L.P., Cerberus Redwood Levered B II LLC, Cerberus Loan Funding XXXIX L.P., Cerberus Loan Funding XL, LLC, and Cerberus Loan Funding XLI, LLC (collectively, the "Cerberus Lenders"), Venture XV CLO, Ltd., Venture XIX CLO, Ltd., Venture XXII CLO, Ltd., Venture XXIII CLO, Ltd., Venture XXVI CLO, Ltd., Venture XXVII CLO, Ltd., Venture XXIX CLO, Ltd., Venture XXVIII CLO, Ltd., Venture 28A CLO, Ltd., Venture XXX CLO, Ltd., Venture 31 CLO, Ltd., Venture 33 CLO, Ltd., Venture 32 CLO, Ltd., Venture 35 CLO, Ltd., Venture 34 CLO, Ltd., Venture 36 CLO, Ltd., Venture 37 CLO, Ltd., Venture 38 CLO, Ltd., Venture 41 CLO, Ltd., Venture 42 CLO, Ltd., Venture 43 CLO, Ltd.,

Venture 44 CLO, Ltd., Venture 45 CLO, Ltd., and Venture 46 CLO, Ltd. (collectively, the "MJX Lenders" and together with the Invesco Lenders, the Artisan Lenders, the Elmwood Lenders, the Palmer Square Lenders, the Cerberus Lenders, "Plaintiffs" or the "Lenders"), filed a complaint in the New York Supreme Court in the action captioned *Alinea CLO, Ltd. v. Orchid Merger Sub II, LLC*, docketed under Index No. 655842/2025 (the "New York Action") against defendants Orchid Merger Sub II, LLC (the "Borrower"), S1 Media, LLC ("S1 Media"), S1 Holdco, LLC ("Holdings"), and Sonic Newco, LLC ("Sonic" and together with the Borrower, S1 Media, and Holdings, "New York Defendants").

WHEREAS, on October 1, 2025, the Lenders commenced a related action in the Superior Court of California, County of Los Angeles, captioned *Alinea CLO, Ltd., et al. v. Openmail2, LLC, et al.*, Case No. 25STCV28748 (such action, the "California Action"), against certain affiliates of Defendants, Openmail2, LLC, Lone Star Friends Trust, and CEE Holdings Trust (collectively, the "California Defendants" and together with the New York Defendants, "Defendants"), arising out of substantially the same facts and circumstances as those set forth in the Complaint;

WHEREAS, the Lenders, the New York Defendants, and the California Defendants each and all wish to litigate the claims asserted by Plaintiffs in the California Action together with the claims asserted by Plaintiffs in the New York Action in a single forum;

WHEREAS, on October 30, 2025, the New York Defendants removed the New York Action to the Southern District of New York (ECF 1);

IT IS HEREBY STIPULATED AND AGREED by the Lenders, the New York Defendants, and the California Defendants, by and through their undersigned counsel, as follows:

1. The Lenders shall file an amended complaint (the "Amended Complaint") that includes the claims asserted by the Lenders in the California Action in this Court no later than November 7, 2025, without prejudice to Plaintiffs' right to further amend the Amended Complaint once without leave of

court pursuant to Fed. R. Civ. P. 15(a).

2.    Undersigned counsel for Defendants, Weil, Gotshal & Manges LLP, agrees to accept service of the Amended Complaint on behalf of the Defendants.

3.    Defendants reserve the right to assert any defense in response to the Amended Complaint, except that Defendants waive the right to (i) challenge the sufficiency of service of the Amended Complaint, (ii) contest personal jurisdiction of the Amended Complaint filed in this Court, or (iii) argue that New York is an inconvenient or otherwise inappropriate forum.

4.    Defendants shall answer, move to dismiss, or otherwise respond to the Amended Complaint no later than December 19, 2025.

5.    Upon the filing of the Amended Complaint, the Lenders will promptly seek dismissal of the California Action pursuant to Section 581 of the California Code of Civil Procedure.

6.    This stipulation may be executed in counterparts with electronic signatures considered as original.

Dated: New York, New York
November 5, 2025

GLENN AGRE BERGMAN & FUENTES LLP

By: _____
Andrew K. Glenn
Trevor J. Welch
Olga L. Fuentes-Skinner
Agustina G. Berro
1185 Avenue of the Americas, 22nd Floor
New York, New York 10036
Tel: (212) 970-1600
aglenn@glennagre.com
twelch@glennagre.com
ofuentes@glennagre.com
aberro@glennagre.com

*Attorneys for Plaintiffs*

WEIL, GOTSHAL & MANGES LLP

By: _____
Gregory Silbert
Jennifer Brooks Crozier
Joseph R. Rausch
767 Fifth Avenue
New York, NY 10153
Tel: (212) 310-8000
greg.silbert@weil.com
jennifer.crozier@weil.com
joseph.rausch@weil.com

*Attorneys for Defendants*

**SO ORDERED:**

DATED:  November 6, 2025
        New York, New York

_____
Victor Marrero
United States District Judge