UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------- x
    :

ALINEA CLO, LTD, et al.,     :

    Plaintiffs,     :

   - against -     :

ORCHID MERGER SUB II, LLC, et al.,     :

    Defendants.     :

------------------------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__12/5/2025__

**1:25-CV-09032 (VM)**

**CIVIL CASE MANAGEMENT PLAN
AND SCHEDULING ORDER**

This Scheduling Order and Case Management Plan is adopted in accordance with Fed. R. Civ. P. 16-26(f).

1.  This case (is) (is not) to be tried to a jury: [circle one]

2.  Joinder of additional parties to be accomplished by __January 9, 2026__.

3.  Amended pleadings may be filed without leave of the Court until __February 2, 2026__.

4.  Initial disclosure pursuant to Fed. R. Civ. P. 26(a)(1) to be completed within fourteen (14) days of the date of the parties' conference pursuant to Rule 26(f), specifically by not later than __December 18 2025__.

5.  All <u>fact</u> discovery is to be completed either:

    a.  Within one hundred twenty (120) days of the date of this Order, specifically by not later than; or _____.

    b.  Within a period exceeding 120 days, with the Court's approval, if the case presents unique complexities or other exceptional circumstances, specifically by not later than __October 20, 2026__.

6.  The parties are to conduct discovery in accordance with the Federal Rules of Civil Procedure and the Local Rules of the Southern District of New York. The following interim deadlines may be extended by the parties on consent without application to the Court, provided the parties are certain that they can still meet the discovery completion date ordered by the Court.

a. Initial requests for production of documents to be served by  January 14, 2026  .

b. Interrogatories to be served by all parties by   September 4, 2026  .

c. Depositions to be completed by   October 20, 2026  .

    i. Unless the parties agree or the Court so orders, depositions are not to be held until all parties have responded to initial requests for document production.

    ii. Depositions of all parties shall proceed during the same time.

    iii. Unless the parties agree or the Court so orders, non-party depositions shall follow party depositions when possible.

d. Any additional contemplated discovery activities and the anticipated completion date:

    Deadline for substantial completion of document production: August 5, 2026

e. Requests to Admit to be served no later than   September 4, 2026  .

7. All _expert_ discovery (ordinarily conducted following the completion of fact discovery) including parties' expert reports and depositions, witness lists and identification of documents pursuant to Fed. R. Civ. P. 26(a)(2), (3) and 35(b), is to be completed by:

    i. Affirmative Expert Reports: November 20, 2026

    ii. Rebuttal Reports: December 11, 2026

    iii. Expert Depositions: January 5, 2027

8. Contemplated motions:

a. Plaintiffs: Plaintiffs may move with respect to discovery issues, summary judgment, and _in limine_ prior to trial. Plaintiffs reserve all rights and waive none.

b. Defendants: Defendants may move for summary judgment, move with respect to discovery issues, and move _in limine_ prior to trial. Defendants reserve their rights to file any motion or oppositions to motions, and to pursue all available legal remedies.

c. All dispositive motions and _Daubert_ motions must be filed by:

    i. Affirmative briefs: February 19, 2027

WEIL\100963055\1\76494.0006

      ii.      Opposition briefs: April 5, 2027

      iii.     Reply briefs: May 5, 2027

9.     Following all discovery, all counsel must meet for at least one hour to discuss settlement, such conference to be held by not later than   <u>January 29, 2027</u>

10.    Do all parties consent to trial by a Magistrate Judge under 28 U.S.C. § 636(c)?

           Yes<u>   </u>         No<u> x </u>

-------------------------------------------------------------------

**TO BE COMPLETED BY THE COURT:**

11.    The next Case Management Conference is scheduled for <u>                 </u>.

In the event the case is to proceed to trial, a firm trial date and the deadline for submission of the Joint Pretrial Order and related documents shall be scheduled at the pretrial conference following either the completion of all discovery or the Court's ruling on any dispositive motion.

The Joint Pretrial Order should be prepared in accordance with Judge Marrero's Individual Practices. If this action is to be tried before a jury, proposed voir dire and jury instructions shall be filed with the Joint Pretrial Order. No motion for summary judgment shall be served after the deadline fixed for the Joint Pretrial Order.

**SO ORDERED:**

DATED:     December 5, 2025
             New York, New York

                                 Victor Marrero
                                 U.S.D.J.

WEIL\100963055\1\76494.0006